## C. J. MOZZOCHI *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

## TOWN OF GLASTONBURY *v.* C. J. MOZZOCHI

The petition by the plaintiff in the first case and the defendant in the second case for certification for appeal from the Appellate Court, 44 Conn. App. 463 (AC 15193), is denied.

BERDON and MCDONALD, Js., dissenting. We would grant the petition for certification to appeal.

*John R. Williams,* in support of the petition.

*William B. Rogers* and *Victor Perpetua,* in opposition.

Decided June 11, 1997

## STATE OF CONNECTICUT *v.* DAVID GORMAN

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 929 (AC 15574), is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Michael A. Rubino, Jr.,* in support of the petition.

*Margaret Gaffney Radionovas,* assistant state's attorney, in opposition.

Decided June 11, 1997